UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN CURRY,

     Plaintiff,

v.                       Case No. 8:22-cv-325-VMC-CPT

WASTE PRO OF FLORIDA, INC.,

     Defendant.

_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Christopher Tuite's Report and Recommendation (Doc. # 32), filed on December 6, 2022, recommending that Plaintiff's Motion to Award Attorneys' Fees (Doc. # 29) be granted.

As of the date of this Order, no objections have been filed and the time for filing objections has lapsed. The Court accepts and adopts the Report and Recommendation and grants Plaintiff's Motion as stated herein.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and

1

recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings <i>de novo</i>, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendation. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions <i>de novo</i>, even in the absence of an objection. <u>See</u> <u>Cooper-Houston v. S. Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving <i>de novo</i> review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge. Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 32) is **ACCEPTED** and **ADOPTED.**

(2) Plaintiff John Curry's Motion to Award Attorneys' Fees (Doc. # 29) is **GRANTED.** John Curry is directed to submit a supplemental motion in accordance with Middle District of Florida Local Rule 7.01(c).

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 27th day of December, 2022.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE